AO 247 (02/08) Order Regarding Motion for Sente    .eduction

# UNITED STATES DISTRICT COURT
for the

District of Oregon    FILED'08 MAY 23 14:45 USDC-ORP

United States of America )
v. )
Harold Louis Jones ) Case No: CR 06-482-01 HA
) USM No: 70133-065
Date of Previous Judgment: 10/02/2007 ) Stephen R. Sady
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in counts 1 and 2 of the last judgment issued) of **121 and 120** months is reduced to **92 on both counts**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: **31**                 Amended Offense Level: **29**
Criminal History Category: **IV**              Criminal History Category: **IV**
Previous Guideline Range: **151** to **188** months    Amended Guideline Range: **121** to **151** months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[✓] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the amended judgment dated **10/02/2007** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: *May 23, 2008*

Judge's signature

Effective Date: _____
(if different from order date)

Honorable Ancer L. Haggerty
Printed name and title